UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:19-cv-61792-RAR

**DANIEL MONCADA**,

      Plaintiff,

vs.

**FOODFIRST GLOBAL RESTAURANTS, INC.**,
a foreign for-profit corporation,

      Defendant.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff DANIEL MONCADA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement in principle and will be resolving all claims and matters in the case.  Upon execution of a settlement agreement, the parties will file a stipulated notice of dismissal with prejudice.  Accordingly, the parties respectfully request that the Court stay all further proceedings.

      Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By____*s/ Roderick V. Hannah*____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ____*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 4th day of September, 2019, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will send notification of such

filing to:

Liana R. Hollingsworth (FL Bar No. 0076930)
VORYS, SATER, SEYMOUR & PEASE LLP
200 Public Square, Suite 1400
Cleveland, OH 44114
Telephone: (216) 479-6152
Facsimile: (216) 937-3406
Email: lrhollingsworth@vorys.com

and

George L. Stevens (Ohio Bar No. 0092609)*
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
Phone: (614) 464-6328
Fax: (614) 719-4678
Emails: glstevens@vorys.com

*Attorneys for Defendant*
*FOODFIRST GLOBAL RESTAURANTS, INC.*

　　　　　　　　　　　　　 /s/ *Roderick V. Hannah*
　　　　　　　　　　　　Roderick V. Hannah