**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CIV-61792-RAR**

**DANIEL MONCADA,**

    Plaintiff,

v.

**FOODFIRST GLOBAL RESTAURANTS, INC.,**

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Notice of Settlement [ECF No. 14], filed on September 4, 2019, indicating the parties have reached an agreement resolving this matter. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 4th day of September, 2019.

                                                                _____
                                                                 **RODOLFO RUIZ**
                                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record